UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| NAKIA CLARK, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) CASE NO.: 2:23-cv-00290 |
| vs. | ) |
| | ) |
| HARD ROCK CASINO | ) |
| NORTHERN INDIANA | ) |
| | ) |
| DEFENDANT. | ) |

## **COMPLAINT AND DEMAND FOR JURY TRIAL**

This is an action brought by Plaintiff, Nakia Clark ("Clark"), by counsel, against Defendant Hard Rock Casino Northern Indiana, ("Defendant"), for violating Title VII of the Civil Rights Act of 1964, by engaging in race discrimination and retaliation.

### **I.      JURISDICTION AND VENUE**

1. Jurisdiction of this Court is invoked pursuant to 28 U.S. C.1331. This action is being brought pursuant to Title VII and 42 U.S.C. §1981RETALIATION

2. This Court also has jurisdiction to grant injunctive and declaratory relief and award damages pursuant to 42 U.S.C. §2000e-5.

3. Clark filed an EEOC Charge of Discrimination on May 31, 2023. The EEOC subsequently issued a Dismissal and Notice of Rights. Clark timely files this action within 90 days of her receipt of the Notice of Rights.

### **II.      PARTIES**

4. Plaintiff Nakia Clark is currently a resident of Merrillville, Indiana and at all relevant times was an "employee" as that term is defined in the applicable statute.

1

5. Defendant Hard Rock Casino Northern Indiana at all relevant times, operated a public transportation casino in Gary, Indiana and is an "employer" as that term is defined in the applicable statute.

### III. FACTUAL ALLEGATIONS

6. Clark, an African-American, at all relevant times, maintained employment with Defendant as a Cocktail Server.
7. Clark performed her duties well and met or exceeded Defendant's legitimate performance expectations.
8. In or about October 2021, Clark complained about her manager's behavior.
9. Defendant suspended Clark for three (3) days without pay after receiving the complaint and would only allow her to return to work on a final warning.
10. Caucasian employees who engaged in actual misconduct were treated more favorably than Clark.
11. Caucasian employees engaged in misconduct but were not suspended or disciplined in a similar manner as Clark.
12. Defendant's managers used derogatory racial slurs when referring to African-American employees and customers.
13. A manager employed by Defendant stated that "there are too many niggers at Hard Rock" and "Hard Rock is for white people".
14. A manager employed by Defendant called customers "nigger".
15. Neither manager was disciplined by Defendant.
16. Defendant has shown preferential treatment of Caucasian employees throughout the work environment.

17. Clark complained to Defendant that she was being treated less favorably than her Caucasian co-worker(s), but Defendant failed to address the discrimination.

18. Defendant engaged in further discriminatory acts towards Clark after she complained of discrimination.

19. Defendant terminated Clark after she complained of discrimination.

20. Clark has suffered and continues to suffer damages as a result of Defendant's unlawful actions.

## IV-LEGAL ARGUMENTS

## COUNT I-VIOLATION OF TITLE VII AND 42 U.S.C. §1981RETALIATION - RACE DISCRIMINATION

21. Plaintiff hereby incorporates by reference paragraphs 1-20.

22. Defendant subjected Plaintiff to different terms and conditions of employment due to her race, in violation of Title VII.

23. Plaintiff has also been treated less favorably than Caucasian employees.

24. Plaintiff has suffered and continue to suffer damages as a result of Defendant's unlawful actions.

## COUNT II- VIOLATION OF TITLE VII AND 42 U.S.C. §1981RETALIATION

25. Plaintiff hereby incorporates by reference paragraphs 1-24.

26. Plaintiff engaged in protected activity when she reported discrimination to Defendant.

27. Defendant retaliated against Plaintiff by terminating her employment after she engaged in protected activity.

28. Plaintiff has suffered and continues to suffer damages as a result of Defendant's unlawful conduct.

## **PRAYER OR RELIEF**

**WHEREFORE**, Plaintiff, Nakia Clark, by counsel, does hereby request the following as relief:

a. Enter judgment in favor of Plaintiff,

b. Award lost wages, front pay, and associated benefits due to Defendant's unlawful conduct.

c. Provide injunctive relief enjoining Defendant from engaging in discrimination and retaliation.

d. Award compensation for any and all damages suffered as a consequence of Defendant's unlawful actions.

e. Award compensatory damages for all past and future pecuniary losses, including emotional distress, inconvenience, and humiliation.

f. Award punitive and liquidated damages.

g. Award all costs and attorney's fees incurred as a result of pursuing this action.

h. Award pre- and post-judgment interest in all sums recoverable.

i. Award all other legal and/or equitable relief this Court deems just and proper.

Respectfully submitted,

*/s/Amber K. Boyd*

_____
Amber K. Boyd, Attorney No. 31235-49
Amber Boyd Attorney at Law

8510 Evergreen Ave.
Indianapolis, IN 46240
Tel: (317) 960-5070
Fax: (812) 800-9081
amber@amberboydlaw.com

## **DEMAND FOR JURY TRIAL**

Plaintiff, by counsel, respectfully demands the Complaint and all triable issues be determined by jury.

Respectfully submitted,

*/s/Amber K. Boyd*

_____
Amber K. Boyd, Attorney No. 31235-49
Amber Boyd Attorney at Law
8510 Evergreen Ave.
Indianapolis, IN 46240
Tel: (317) 960-5070
Fax: (812) 800-9081
amber@amberboydlaw.com