UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| NAKIA CLARK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Cause No.: 2:23-cv-290-PPS-JEM |
| ) | |
| HARD ROCK CASINO NORTHERN ) | |
| INDIANA, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The Parties' Joint Stipulation of Dismissal [DE 27] is **GRANTED**. Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Count II of Clark's Complaint [DE 1], her retaliation claim, is hereby **DISMISSED WITH PREJUDICE**, without costs to any party. Count I of Clark's Complaint remains operative.

**SO ORDERED**.

ENTERED:  December 12, 2024.

/s/Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT

1