AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| NAKIA CLARK<br><br>　　　　Plaintiff<br><br>　　v.<br><br>HARD ROCK CASINO NORTHERN INDIANA<br><br>　　　　Defendant | Civil Action No. 2:23-cv-290 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff (*name*) _____ recover from the defendant (*name*) _____ the amount of _____ dollars ($_____), which includes prejudgment interest at the rate of ____%, plus post-judgment interest at the rate of ____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant (*name*) _____ recover costs from the plaintiff (*name*) _____.

**X** other: Judgment is ENTERED in favor of Defendant HRNI Holdings, LLC (named in the Complaint as Hard Rock Casino Northern Indiana) and against Plaintiff Nakia Clark.

This action was (*check one*):

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Judge Philip P. Simon on a Motion for Summary Judgment.

DATE: 2/17/2026

*Chanda J. Berta, Clerk of Court*

by   s/E. Yike
*Signature of Clerk or Deputy Clerk*